JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, and AXIS REINSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL W. PERRY, A. SCOTT KEYS, JOHN OLINSKI, S. BLAIR ABERNATHY, SAMIR GROVER, SIMON HEYRICK, VICTOR H. WOODWORTH, SCOTT VAN DELLEN, RICHARD KOON, KENNETH SHELLEM, WILLIAM ROTHMAN, JILL JACOBSON, and KEVIN CALLAN,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 12-06290-GW(FFMx)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable George H. Wu |

(PROPOSED) ORDER

Based upon the Joint Stipulation of Dismissal with Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Amended Complaint and all Counterclaims filed in the above-captioned action are dismissed with prejudice pursuant to agreement of the parties. Parties shall bear their own attorney's fees and costs incurred in this action.

**SO ORDERED**.

Dated: May 5, 2014

_____
HON. GEORGE H. WU
United States District Judge